**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

SEAGLASS OCEAN DRIVE DEVELOPMENT LCC          CASE NO. 26-16603-MAM
                                              CHAPTER 7

    Debtor.

_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the **Involuntary Petition Against a Non-Individual** [ECF 1] and **Summons to Debtor in Involuntary Case** [ECF 2] were sent via U.S. standard mail, U.S. certified mail, process server (Return of Service attached hereto as Exhibit "A"), and e-mail as applicable, this 27th day of May, 2026, to all parties on the service list below.

       I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualification to practice in this court set forth in Local Rule 2090-1(A).

        RAPPAPORT OSBORNE & RAPPAPORT, PLLC
        Attorneys for Debtor
        Suite 203, Squires Building
        1300 North Federal Highway
        Boca Raton, Florida 33432
        Telephone:  (561) 368-2200

        BY:___/s/_____
          JORDAN L. RAPPAPORT, ESQ.
          Florida Bar No. 108022

Service List:
**Via First Class Mail and Process Server:**
Seaglass Ocean Drive Development LLC
c/o Andrew Feldman, as Registered Agent
1111 Kane Concourse, Suite 209
Bay Harbor Islands, FL 33154

**Via Email:**
Jason Gordon, Esq.
jg@jgordonlegal.com

## <u>RETURN OF SERVICE</u>

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN District of Florida

Case Number: 26-16603-MAM

IN RE::
**SEAGLASS OCEAN DRIVE DEVELOPMENT LLC**



CWO2026016708

For:
JORDAN RAPPAPORT, ESQ.
RAPPAPORT OSBORNE & RAPPAPORT, PLLC
1300 NORTH FEDERAL HIGHWAY, SUITE 203
BOCA RATON, FL 33432

Received by CW Services & Associates, Inc.on the 26th day of May, 2026 at 1:48 pm to be served on
**SEAGLASS OCEAN DRIVE DEVELOPMENT LLC, ANDREW FELDMAN, REGISTERED AGENT, 1111
KANE CONCOURSE, SUITE 209, BAY HARBOR ISLANDS, FL 33154**

I, Alberto Rivera, do hereby affirm that on the **27th day of May, 2026** at **11:20 am, I:**

I **CORPORATE** served a **REGISTERED AGENT** by delivering a true copy of the **Summons and
Involuntary Petition Against a Non-Individual** with the date and hour of service endorsed thereon by
me, to: **ANDREW FELDMAN** as **Registered Agent** at the address of: **1111 KANE CONCOURSE, STE.
209, BAY HARBOR ISLANDS, FL 33154** on behalf of **SEAGLASS OCEAN DRIVE DEVELOPMENT
LLC**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 60, Sex: M, Race/Skin Color: WHITE, Height: 5'10, Weight: 190, Hair:
GRAY, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and I am a Certified Process
Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury,
I declare that I have read the foregoing document and that the facts stated in it are true.  No notary
required per FL. Stat. 92.525(2).

**Alberto Rivera**
C.P.S. # 1921

**CW Services & Associates, Inc.**
**4908 Grassleaf Drive**
**Palm Beach Gardens, FL 33418**
**(561) 630-4866**

Our Job Serial Number: CWO-2026016708
Ref: VER2026000776

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e

**Form CGFI5** (10/10/14)

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 26–16603–MAM**

**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Seaglass Ocean Drive Development LLC
1111 Kane Concourse #209
Bay Harbor Islands, FL 33154

EIN: 35–2635643

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

**To the above named debtor:**

A petition under title 11, United States Code was filed against you in this bankruptcy court on **May 21, 2026**, requesting an order for relief under chapter 7 of the Bankruptcy Code (title 11 of the United States Code).

**YOU ARE SUMMONED** and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A motion to convert by the debtor in an involuntary chapter 7 proceeding shall be deemed a consent to entry of an order for relief under the chapter to which the case is being converted (Local Rule 1013–1(B)). A copy of the petition is attached.

Address of the clerk:
**Flagler Waterview Bldg**
**1515 N Flagler Dr #801**
**West Palm Beach FL 33401**

At the same time, you must also serve a copy of your motion or answer upon the petitioner's attorney.

Name and Address of Petitioner's Attorney:
Jordan L Rappaport, Esq
1300 N Federal Hwy #203
Boca Raton, FL 33432

If you make a motion, your time to answer is governed by Federal Rules of Bankruptcy Procedure 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

Dated: <u>5/22/26</u>

**CLERK OF COURT**
By: <u>Antowanette A Williams</u>
Deputy Clerk

*Page 1 of 2*

# CERTIFICATION OF SERVICE

I, _____ (name), certify that on _____ (date), I served this summons and a copy of the involuntary petition on _____ (name), the debtor in this case, by:

☐     Mail Service: Regular, first class United States mail, postage fully pre–paid, addressed to:

☐     Personal Service: By leaving the process with debtor or with an officer or agent of debtor at:

☐     Residence Service: By leaving the process with the following adult at:

☐     Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the debtor at:

☐     Publication: The debtor was served as follows: [Describe briefly]

☐     State Law: The debtor was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: _____     Signature: _____

| Print Name: | | |
|---|---|---|
| Address: | | |
| City: | State: | Zip: |

*Page 2 of 2*