**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

IN RE: CASE NO. 26-16603-MAM

SEAGLASS OCEAN DRIVE DEVELOPMENT LCC CHAPTER 7

Alleged Debtor.
_______________________________________/

**REQUEST FOR PRODUCTION OF DOCUMENTS PURSUANT TO BANKRUPTCY RULE 2004 AND 7030**

Petitioning Creditors, by and through undersigned counsel, hereby request, pursuant to Fed. R. Bankr. P. 2004 and 7030, that the Alleged Debtor, SEAGLASS OCEAN DRIVE DEVELOPMENT LLC. produce the following described documents to the undersigned on or before August 18, 2026, or as otherwise directed by the Court:

1. Any and all documents you intend to use at the hearing scheduled for September 2, 2026, at 9:30 A.M.
2. Any and all documents which evidence that Petitioning Creditors are "wholly secured in their final judgments."
3. Any and all documents evidencing any intent to refinance and sell the Property.
4. Any and all documents showing payments made to any creditor in the past twelve (12) months.
5. Any and all documents relating to liquidity issues, defaults, covenant breaches, forbearance agreements, or restructuring efforts.
6. Any and all appraisals on the subject Property.
7. Any and all draft HUD-1 or any other documents related to any refinance on the property in the last twelve (12) months or any future refinance and/or sale.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served upon the following parties in the matter listed below on the 4th day of August 2026.

*I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).*

RAPPAPORT OSBORNE & RAPPAPORT, PLLC
*Attorneys for Petitioning Creditors*
1300 North Federal Highway
Squires Building, Suite 203
Boca Raton, Florida 33432
Telephone: (561) 368-2200
Email: office@rorlawfirm.com

BY: /s/ Jordan L. Rappaport
JORDAN L. RAPPAPORT, ESQ.
Florida Bar No. 108022

**Service List:**

**Via First Class Mail:**
Seaglass Ocean Drive Development LLC
c/o Andrew Feldman, as Registered Agent
1111 Kane Concourse, Suite 209
Bay Harbor Islands, FL 33154

**Via CM/ECF:**

| | |
|---|---|
| Jason Gordon, Esq. | jg@jgordonlegal.com |
| Angelina M. Conant, Esq. | amrootesq@gmail.com |