**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

IN RE: CASE NO. 26-16603-MAM

SEAGLASS OCEAN DRIVE DEVELOPMENT LLC CHAPTER 7

Alleged Debtor.
_______________________________________/

**NOTICE OF EXAMINATION *DUCES TECUM***

Petitioning Creditors, by and through the undersigned counsel, gives notice that he shall examine, Igal Zakhodin, in his capacity as manager of Alleged Debtor, SEAGLASS OCEAN DRIVE DEVELOPMENT LLC ("the Alleged Debtor"), under oath on **August 27, 2026 at 10:00 a.m.**, via Zoom.

The deponent shall provide all the documents included in the attached herein Exhibit A, to the undersigned counsel on or before the date of the examination at Rappaport Osborne & Rappaport, PLLC, 1300 N Federal Highway, Suite 203, Boca Raton, Florida 33432.

This request for production of documents is pursuant to FRBP 2004, Local Rule 2004-1, and FRBP 7030. The scope of the examination shall be as described in FRBP 2004 and 7030. Pursuant to Local Rule 2004-1 no order shall be necessary. The oral examination will continue from day to day, until completed.

**DEFINITIONS OF TERMS**

For purposes of the Notice of Rule 2004 Examination Duces Tecum, attached hereto, the following words shall have the meanings indicated below:

1. "Copies" of documents includes, but is not limited to, duplicates or counterparts of any original produced from the same impression or process as the original by carbon or other chemical or substance or process; negative and positive film and prints of an original or copy of reproductions and facsimiles of an original or copy, whether or not the same size,

produced by photographic, micro-photographic, photostatic, xerographic, electronic, computerized, or mechanized process, or by any other process, and enlargement and reductions thereof; and the data or other information comprising a record stored or transmitted as provided in the preceding definition of "Record," and the visible data or other information generated or regenerated or transmitted by such information storage or retrieval or transmission system or device, if it is legible or can be made legible by enlargement or other process.

2. "Alleged Debtor" is intended to and shall mean the Alleged Debtor listed in the above styled case herein, in addition, its attorneys, accountants, agents, servants, associates, employees, representatives, investigators, and others who are or who have been in possession of or may have obtained information for or on behalf of him with respect to any matter referred to in the pleadings in the above styled case.

3. "Document" includes each and every original and copy of any written, recorded, or graphic matters, however produced or reproduced and regardless of where located, including but not limited to any summary, schedule, memorandum, note, statement, letter, email, telegraph, inter or intra-office communication, report, diary, desk or pocket calendar or notebook, day book, appointment book, pamphlet, periodical, work sheet, list, graph, chart, index, tape, record, drawing, partial or complete report of telephone or oral conversation, compilation, tabulation, computer-stored memory component or device, study, analysis, transcript, minutes, data sheet, data processing card or tape, phone-records, and all memorials of any conversations, meetings or conferences, by telephone or otherwise, and any other writing or recording in the possession, custody or control of Debtor, or his attorneys. The term "document" shall also include the files in which any documents are maintained, including file folders or file jackets, and adjacent or related exhibit folders in which any documents are filed or maintained.

4. "Interest" shall be deemed to include corporation, limited partnership, general partnership, limited liability company, joint venture, limited liability partnership, professional association, or other entity, regardless of whether such Interest was ever formed, transacted or open for business, in which (a) you held or had the right to purchase or acquire an ownership interest, whole or fractional, (b) you provided consulting, investment, marketing or other advice, (c) you were an officer, director, shareholder, partner, consultant, investor, adviser, managing executive, managing agent, person in control, or (d) you considered becoming an owner, investor, partner, shareholder, director, officer, managing executive or agent, adviser, or consultant.

5. "Materials" shall be deemed to include all documents, letters, memoranda, notes and any other written communication and written notes of all oral communications, whether in person or by telephone, and every record of every type, including but not limited to, information stored on any electromagnetic storage device, any written, printed, typed, recorded, or graphic matter, however produced or reproduced or stored, in the possession, custody or control of Debtor, all drafts, notes, or preparatory material concerned with said document, and every additional copy of such record or document where such copy contains any commentary, notations, or other change whatsoever that does not appear on the original or other copy of the document produced. Also included in this definition is any summary of a document or documents called for hereafter. It is requested that all documents be produced in the manner they are kept in the ordinary course of business.

6. "Petition Date" shall mean the date of filing of the original petition in the above-styled case.

7. "Record" includes but is not limited to each and every book of account and other books of every kind, journals, ledgers, statements, instruments, files, email, messages, writings of every kind, and other internal or other data and other information of every

description made or received by you in the regular course of business or otherwise, regardless of the mode in which it is recorded; the original of any such record includes the data or other information comprising a record stored or transmitted in or by means of any electronic, computerized, mechanized, or other information storage or retrieval or transmission system or device which can upon request generate, regenerate, or transmit the precise data or other information comprising the record, and an original also includes the visible data or other information so generated, regenerated, or transmitted if it is legible or can be made legible by enlargement or other process.

## INSTRUCTIONS

In responding to the Notice of Rule 2004 Examination Duces Tecum, you are required to produce those materials within your custody or control, and in addition, those in the possession of or obtainable by your attorneys, investigators, adjusters, insurance carriers, representatives, agents, or anyone acting on your behalf or on their behalf.

If, in responding to the Subpoena Duces Tecum, you withhold production of any document on the ground of a privilege not to disclose the document, please state with respect to each such document: (a) The type of document involved and a general description of the context of the document; (b) The name, business and residence addresses and telephone numbers, and any position of the individual from whom the document emanated; (c) The name, business, and residence address and telephone numbers and positions of each individual to whom the document or copy of the document was sent; (d) The privilege upon which Debtor, relies in withholding the document; (e) The facts upon which Debtor, relies on support of his claim that they were privileged to withhold the document or documents; and, (f) the names, business and residence address and telephone numbers, and positions or occupations of individuals known or believed by the Debtor, to have knowledge concerning the factual basis for the Debtor's assertion of privilege with regard to the document.

I HEREBY CERTIFY that a true copy of the foregoing was served electronically where available or by regular mail to all those enumerated below on the 14th day of August 2026.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualification to practice in this court set forth in Local Rule 2090-1(A).

RAPPAPORT OSBORNE & RAPPAPORT, PLLC
Attorneys for Creditor, Phancy Silk Flowers, Inc.
Suite 203, Squires Building
1300 North Federal Highway
Boca Raton, Florida 33432
Telephone: (561) 368-2200

BY: /s/
JORDAN L. RAPPAPORT, ESQ.
FLORIDA BAR NO. 108022

**Service List:**

**Via First Class Mail:**
Seaglass Ocean Drive Development LLC
c/o Andrew Feldman, as Registered Agent
1111 Kane Concourse, Suite 209
Bay Harbor Islands, FL 33154

**Via CM/ECF:**
Jason Gordon, Esq. jg@jgordonlegal.com
Angelina M. Conant, Esq. amrootesq@gmail.com

cc: South Palm Reporting

**EXHIBIT A**

(Please note that to the extent such documentation has previously been produced it Does not need to be produced again)

**all corporation documents sought are for the period dating 2 years prior to the petition date through to the present**

1. Any and all documents you intend to use at the hearing scheduled for September 2, 2026, at 9:30 A.M.
2. Any and all documents which evidence that Petitioning Creditors are "wholly secured in their final judgments."
3. Any and all documents evidencing any intent to refinance and sell the Property.
4. Any and all documents showing payments made to any creditor in the past twelve (12) months.
5. Any and all documents relating to liquidity issues, defaults, covenant breaches, forbearance agreements, or restructuring efforts.
6. Any and all appraisals on the subject Property.
7. Any and all draft HUD-1 or any other documents related to any refinance on the property in the last twelve (12) months or any future refinance and/or sale.