**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

SEAGLASS OCEAN DRIVE DEVELOPMENT LLC

Case No.: 26-16603-MAM
Chapter 7

Alleged Debtor.
_______________________/

**AGREED MOTION TO CONTINUE HEARING ON ALLEGED DEBTOR'S MOTION TO EXTEND TIME TO FILE RESPONSE TO INVOLUNTARY PETITION**

COMES NOW, Petitioning Creditors, by and through the undersigned counsel, and hereby files this Agreed Motion to Continue Hearing on Alleged Debtor's Motion to Extend Time to File Response to Involuntary Petition (ECF 5), and states as follows:

1. On May 21, 2026, Petitioning Creditors filed an involuntary petition under Chapter 7 of the Bankruptcy Code.

2. On June 17, 2026, Alleged Debtor filed its Motion to Extend Time to File Response to Involuntary Petition (ECF 5) (the "Motion").

3. A hearing on the Motion has been scheduled for September 2, 2026, at 9:30 A.M. (ECF 16).

5. A Rule 2004 Examination Duces Tecum of the corporate representative of the Alleged Debtor is scheduled for August 27, 2026.

6. In order to properly review the discovery, the undersigned and counsel for Alleged Debtor have agreed to continue the hearing.

7. Thus, it is requested that the hearing on the Motion, scheduled for September 2, 2026, be continued for approximately thirty (30) days.

WHEREFORE, the Petitioning Creditors request the entry of an Order continuing the hearing on the Motion to Extend Time to File Response to Involuntary Petition and

grant such other relief as may be just.

I HEREBY CERTIFY that a true copy of the foregoing has been furnished electronically where available or by regular mail to all parties listed below this 17th day of August, 2026.

RAPPAPORT OSBORNE & RAPPAPORT, PLLC
Attorneys for Petitioning Creditors
Suite 203, Squires Building
1300 North Federal Highway
Boca Raton, Florida 33432
Telephone: (561) 368-2200

BY: /s/
JORDAN L. RAPPAPORT, ESQ.
FL Bar No. 108022

Service List:

- Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov
- Angelina M. Conant, Esq. amrootesq@gmail.com
- Jason Gordon, Esq. jg@jgordonlegal.com

And to all parties in the attached service list.