**ORDERED in the Southern District of Florida on August 27, 2026.**

**Mindy A. Mora, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

SEAGLASS OCEAN DRIVE DEVELOPMENT LLC

Case No.: 26-16603-MAM
Chapter 7

Alleged Debtor.
______________________/

**AGREED ORDER GRANTING AGREED MOTION TO CONTINUE HEARING ON ALLEGED DEBTOR'S MOTION TO EXTEND TIME TO FILE RESPONSE TO INVOLUNTARY PETITION**

This Matter came before the Court upon Petitioning Creditors Agreed Motion to Continue Hearing on Alleged Debtor's Motion to Extend Time to File Response to Involuntary Petition (ECF 5) (the "Motion"). The Court having considered the Motion, the agreement of the parties to the requested relief, and being otherwise duly advised, it is:

**ORDERED AND ADJUDGED:**

1. The Motion (ECF 21) is GRANTED.

2. The hearing on Alleged Debtor's Motion to Extend Time to File Response to Involuntary Petition (ECF 5), is continued to November 12, 2026, at 9:30 A.M., at the United States Bankruptcy Court located at 1515 N. Flagler Drive, Courtroom A, Room

801, West Palm Beach, Florida 33401. All established deadlines per the original Order Setting Evidentiary Hearing and Establishing Related Deadlines (ECF 16) shall be calculated based on the continued date.

3. All participants must observe the formalities of the courtroom, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. This includes appropriate courtroom attire.

# # #

Submitted by:

Jordan L. Rappaport, Esq.
Florida Bar No. 108022
Rappaport Osborne & Rappaport, PLLC
1300 N. Federal Highway, Suite203
Boca Raton, FL 33432
Telephone: (561) 358-2200
Facsimile: (561) 338-0350

Copies to:

Jordan L. Rappaport, Esq. is directed to mail a conformed copy of this Order to all interested parties immediately upon receipt